STACY TOLCHIN (SBN 217431)
Stacy@tolchinimmigration.com
MEGAN BREWER (SBN 268248)
Megan@tolchinimmigration.com
SASHA NOVIS (SBN 330683)
Sasha@tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: (213) 622-7450
Fax: (213) 622-7233

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Milagro GUATEMALA; Noe CORZO; Adriana GARCIA; Luis LOPEZ GRIJALVA; Carlos CURACA;<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW.<br><br>Defendant. | Case No. 2:21-cv-09366-MRW<br><br>**Return of Service for Summons, Complaint, and Initial Documents** |

# CERTIFICATE OF SERVICE

I certify that on December 6, 2021, pursuant to Federal Rule of Civil Procedure 4(c), I caused to be served the following documents, in the above matter:

**Conformed** Summons;

Complaint;

Civil Cover Sheet;

Notice of Interested Parties;

Notice of Right to Consent to Disposition of a Civil Case by a United States Magistrate Judge/ Statement of Consent;

Plaintiffs' Statement of Consent to Proceed Before a United States Magistrate Judge.

I caused to be served the aforementioned documents by certified mail on the following individuals:

| | |
|---|---|
| Civil Process Clerk<br>Office of the United States Attorney<br>Civil Division<br>300 North Los Angeles Street<br>Room 7516<br>Los Angeles, CA 90012 | Merrick Garland<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>Office of the General Counsel<br>Executive Office for Immigration Review<br>5107 Leesburg Pike, Suite 2150<br>Falls Church, VA 22041 |

Delivery confirmation for these documents is attached to this certification.

Executed this 13th day of December, 2021, at Pasadena, CA.

I declare under penalty of perjury under the laws of the United States

1 of America that the foregoing information contained in the Return of Service
2 is true and correct.

                                                   <u>s/ Megan Brewer</u>
                                                  Megan Brewer
                                                  Law Offices of Stacy Tolchin
                                                  776 E. Green St, Ste. 210
                                                  Pasadena, CA 91101
                                                  Telephone: (213) 622-7450
                                                  Facsimile: (213) 622-7233
                                                  Email:
                                      Megan@Tolchinimmigration.com