

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 9402609202121575761177

Your item was delivered to the front desk, reception area, or mail room at 12:50 pm on December 8, 2021 in LOS ANGELES, CA 90012.

USPS Tracking Plus™ Available ⌄

## ✓ Delivered, Front Desk/Reception/Mail Room

December 8, 2021 at 12:50 pm
LOS ANGELES, CA 90012

Feedback

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

USPS Tracking Plus™ ⌄

Product Information ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback



USPS Tracking®     FAQs >

Track Another Package +

Tracking Number: 9402609202121575763911    Remove ✕

Your item was delivered at 4:44 am on December 13, 2021 in WASHINGTON, DC 20530.

USPS Tracking Plus™ Available ⌄

## ⊘ Delivered

December 13, 2021 at 4:44 am  
WASHINGTON, DC 20530

Feedback

Get Updates ⌄

---

Text & Email Updates    ⌄

---

Tracking History    ⌄

---

USPS Tracking Plus™    ⌄

---

Product Information    ⌄

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback



# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 9402609202121575765748

Your item was picked up at a postal facility at 11:41 am on December 10, 2021 in FALLS CHURCH, VA 22041.

USPS Tracking Plus™ Available ⌄

## ⊘ Delivered, Individual Picked Up at Postal Facility

December 10, 2021 at 11:41 am
FALLS CHURCH, VA 22041

Feedback

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

USPS Tracking Plus™ ⌄

Product Information ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback